FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2009 MAY 20 PM 2: 37
CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. CR609-41 |
| | ) | |
| v. | ) | |
| | ) | VIO: 21 U.S.C. § 846 |
| INEZ MEYON ROUNTREE, aka | ) | CONSPIRACY TO DISTRIBUTE |
|    INEZ SCOTT | ) | CONTROLLED SUBSTANCES |
|    INEZ WILLIAMS | ) | |
|    "BABY GIRL" | ) | 21 U.S.C. § 841(a)(1), 860 |
| | ) | DISTRIBUTION AND |
| and | ) | POSSESSION WITH INTENT |
| | ) | TO DISTRIBUTE |
| JONATHAN LUTHER JONES, aka | ) | CONTROLLED SUBSTANCES |
|    "BLACK DOG" | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| and | ) | POSSESSION OF FIREARMS |
| | ) | BY CONVICTED FELON |
| JARVIS FERNANDO WASHINGTON, aka | ) | |
|    "J-BO" | ) | 18 U.S.C. § 922(a)(1)(A) |
|    "P-TOWN" | ) | UNLICENSED DEALING IN |
| | ) | FIREARMS |
| and | ) | |
| | ) | 18 U.S.C. § 922(k) |
| BRITTANY CARSECA REEVES | ) | POSSESSION OF FIREARM |
| | ) | WITH OBLITERATED SERIAL |
| and | ) | NUMBER |
| | ) | |
| KENNEDY LEROY SCOTT, JR. | ) | 18 U.S.C. § 922(q)(2)(A) |
| | ) | POSSESSION OF FIREARMS |
| and | ) | IN SCHOOL ZONE |
| | ) | |
| DONTAE CARTAVIS ROUNDTREE, aka | ) | 18 U.S.C. § 1035 |
|    "REAL" | ) | FALSE STATEMENTS |
| | ) | RELATING TO HEALTH CARE |
| and | ) | MATTERS |
| | ) | |
| JOHNATHAN LAMAR JONES, aka | ) | |
|    "J.J." | ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses, with prejudice, defendant **JOHNATHAN LAMAR JONES**, from the indictment herein, said dismissal being in the interests of justice. The Government respectfully requests that all charges against the remaining defendants remain pending.

Respectfully submitted,

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

James D. Durham
Assistant United States Attorney
Georgia Bar No. 235515

Cameron Heaps Ippolito
Assistant United States Attorney
Virginia Bar No. 35831

Leave of court is granted for the filing of the foregoing dismissal, with prejudice, of defendant **JOHNATHAN LAMAR JONES**, from Indictment No. CR609-41.

So ORDERED, this 20th day of May, 2009.

HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA